# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO. 4:13CR201-SDJ/KPJ** |
| | § | |
| **STEVEN JONATHAN ANDERSON** | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, this Court having heretofore referred the request for revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. The Court has received the Report of the United States Magistrate Judge pursuant to its order. Defendant having waived allocution before this Court as well as his right to object to the Report of the Magistrate Judge, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

It is, therefore, **ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion of the Court. It is further **ORDERED** that Defendant's supervised release is hereby **REVOKED**. It is further **ORDERED** that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of six (6) months, to be served concurrently with the sentence imposed in Case Number 4:18-CR-035, with a term of forty-eight (48) months supervised release to follow. In addition to the conditions previously entered and stated on the record, it is further **ORDERED** that Defendant participate in an inpatient drug treatment program upon release from custody. It is further **ORDERED** that Defendant not consume any alcohol while on supervised release. The Court further recommends that Defendant's term of imprisonment be carried out in FCI Fort Worth, if appropriate.

**IT IS SO ORDERED.**

**So ORDERED and SIGNED this 3rd day of October, 2019.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE