**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CRIMINAL ACTION NO. 4:13-CR-201 |
| | § | |
| STEVEN JONATHAN ANDERSON (1), | § | |
| | § | |
| Defendant. | § | |

**REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

Now before the Court is the request for revocation of Defendant Steven Jonathan Anderson's ("Defendant") supervised release. After the District Judge referred the matter to this Court for a report and recommendation, the Court conducted a hearing on November 16, 2021, to determine whether Defendant violated his supervised release. Defendant was represented by a representative of the Federal Public Defender's Office, Frank Henderson. The Government was represented by Heather Rattan.

Steven Jonathan Anderson was sentenced on October 9, 2014, before The Honorable Marcia A. Crone of the Eastern District of Texas after pleading guilty to the offense of Possession of a Firearm in Furtherance of a Drug trafficking Crime, a Class A felony. This offense carried a statutory maximum imprisonment term of Life. The guideline imprisonment range, based on a total offense level of none and a criminal history category of II, was 60 months to Life. Steven Jonathan Anderson was subsequently sentenced to 60 months imprisonment, followed by a 5-year term of supervised release subject to the standard conditions of release, plus special conditions to include financial disclosure, drug testing and treatment, and mental health treatment. On

February 9, 2018, Steven Jonathan Anderson completed his period of imprisonment and began service of the supervision term.

On October 3, 2019, his term of supervision was revoked, and he was sentenced to 6 months imprisonment followed by a 48-month term of supervised release. He completed his revocation sentence on June 12, 2020 and began his term of supervised release in the Western District of Arkansas. In September 2020, a warrant was issued for his arrest. He was arrested in January 2021 in the Eastern District of Texas and reinstated on supervision on January 22, 2021.

On May 3, 2021, the U.S. Probation Officer executed a Petition for Warrant or Summons for Offender Under Supervision [Dkt. 90, Sealed].  The Petition asserted that Defendant violated seven (7) conditions of supervision, as follows: (1) You must no unlawfully possess a controlled substance; (2) You must refrain from any unlawful use of a controlled substance; (3) You must not knowingly leave the judicial district where you are authorized to reside without first getting permission from the Court or probation officer; (4) After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed; (5) You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so; (6) You must live at a place approved by the probation officer; and (7) The defendant shall participate in a program of testing and treatment for drug abuse, under the guidance and direction of the U.S. Probation Office, until such time as the d[efendant] is released from the program by the probation officer. The defendant shall pay any cost associated with treatment and testing. [Dkt. 90 at 1-2, Sealed].

The Petition alleges that Defendant committed the following acts: (1), (2) On March 25, 2021, Steven Jonathan Anderson submitted a urine specimen that tested positive or

methamphetamine. The specimen as confirmed positive by the national testing laboratory; (3) "Steven Jonathan Anderson failed to return to the Eastern District of Texas to report to the probation office as instructed; (4) Steven Jonathan Anderson failed to report to the probation office on August 28, 2020, and September 8, 2020, as instructed by the probation officer; (5) Steven Jonathan Anderson failed to secure full-time employment while on supervision; (6) On September 5, 2020, and again in April 2021, Steven Jonathan Anderson changed residences without notifying the probation officer and his whereabouts were unknown; and (7) On April 14, 2021, Steven Jonathan Anderson failed to report to the United States probation Office to submit a urine specimen [Dkt. 90 at 1-2, Sealed].

Prior to the Government putting on its case, Defendant entered a plea of true to each of the allegations in the Petition. Having considered the Petition and the plea of true to allegations 1-7, the Court finds that Defendant did violate his conditions of supervised release.

Defendant waived his right to allocute before the District Judge and his right to object to the report and recommendation of this Court.

## **RECOMMENDATION**

Pursuant to the Sentencing Reform Act of 1984, the Court recommends that Defendant's supervised release be revoked and that he be committed to the custody of the Bureau of Prisons to be imprisoned for a term of eleven (11) months, with no term of supervised release to follow.

The Court also recommends that Defendant be housed in the Bureau of Prisons facility at FCI Fort Worth, if appropriate.    **SIGNED this 8th day of December, 2021.**

_____
Christine A. Nowak
UNITED STATES MAGISTRATE JUDGE