IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | Criminal No 4:13-CR-201 SDJ/KPJ |
| | § | |
| STEVEN JONATHAN ANDERSON | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATON OF UNITED STATES MAGISTRATE JUDGE

Before the Court is the Report and Recommendation of the United States Magistrate Judge regarding Defendant's competency (Dkt. 99).  The parties have not filed objections to the Report.

Having conducted an independent review, the Court concludes that Defendant is competent because Defendant is able to understand the nature and consequences of the proceedings against him, and able to assist his attorney in his defense.

It is therefore **ORDERED** that the Report and Recommendation of the United States Magistrate Judge on Defendant's competency is **ADOPTED**.  It is further **ORDERED** that Defendant, Steven Jonathan Anderson, is competent.

So ORDERED and SIGNED this 17th day of January, 2022.

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE